IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICHARD YARBOUGH,

    Defendant.                                                                      No. 13-CR-30125-DRH-8

## MEMORANDUM and ORDER

**HERNDON, District Judge:**

    This matter comes before the Court on defendant's *pro se* motion (Doc. 485) for a reduction of his criminal sentence pursuant to Amendment 782 and the retroactive changes to the drug quantity guidelines. Pursuant to Administrative Order 167, the Federal Defender entered an appearance on behalf of defendant. After reviewing the file, the Federal Defender filed a motion to withdraw as counsel (Doc. 510).

    The motion to withdraw states counsel has determined defendant does not have a meritorious basis for obtaining relief under 18 U.S.C. § 3582(c) and the retroactive amendments to the drug quantity sentencing guidelines. The Court allowed defendant until September 28, 2015 to respond (Doc. 512). Defendant failed to respond.

    Upon review of the relevant authority and the record in this case, the Court finds that the defendant is not eligible for a reduction. Defendant was sentenced on February 10, 2015 (Doc. 416). The defendant was sentenced under the

guidelines enacted by Amendment 782. The Presentence Report notes the 2014 Guidelines Manual was used to determine the defendant's offense level. Accordingly, the defendant has already received the benefit of Amendment 782 and has no basis for obtaining the requested relief.

Therefore, the Court **DENIES** Defendant's *Pro Se* Motion (Doc. 485), **GRANTS** the pending Motion to Withdraw as Attorney (Doc. 510), and **ORDERS** that counsel G. Ethan Skaggs is **WITHDRAWN** from this matter.

**FURTHER,** the Court **DIRECTS** the Clerk of Court to send a copy of this order to defendant.

**IT IS SO ORDERED.**

Signed this 2nd day of November, 2015.

Digitally signed by
Judge David R. Herndon
Date: 2015.11.02
14:48:10 -06'00'

**United States District Judge**